UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
SOUTHERN DIVISION OF CHATTANOOGA

| | |
|---|---|
| Stephen Cahill, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Memorial Heart Institute, LLC d/b/a The Chattanooga Heart Institute, <br><br> Defendant. | Hon. Curtis Collier <br><br> Case No.: 1:23-cv-00168-CLC-CHS |

**JOINT NOTICE OF SETTLEMENT AND REQUEST TO STAY**

Plaintiffs Stephen Cahill, Sheila Edwards, Sidney Jackson, Gisele Reed Allen, Jeff Bryden, and Elyn Painter ("Plaintiffs") on behalf of themselves and the Settlement Class, and Defendant Memorial Heart Institute, LLC d/b/a The Chattanooga Heart Institute ("Defendant") hereby notify the Court that they have reached agreement on the material terms of a class settlement in this matter. To allow the Parties sufficient time to finalize the settlement agreement and prepare the notices to the class and the motion for preliminary approval, the Parties respectfully request that the Court continue the stay of all case deadlines for 45 days. Pursuant to this proposal, within 45 days, Plaintiffs will either move for preliminary approval, or the Parties will submit a joint status report on settlement.

WHEREFORE, the Parties respectfully request that the Court stay all deadlines for 45 days, at which time Plaintiffs will either move for preliminary approval of the class settlement or the Parties will file a joint status report as to the status of their efforts and anticipated filing date for the motion for preliminary approval.

1

Dated: October 15, 2025                    Respectfully submitted,

*s/ Philip J. Krzeski*
Philip J. Krzeski (admitted *pro hac vice*)
Bryan L. Bleichner (admitted *pro hac vice*)
Christopher P. Renz (admitted *pro hac vice*)
**Chestnut Cambronne PA**
100 Washington Ave. S., Ste. 1700
Minneapolis, MN 55401
Telephone: (612) 339-7300
*pkrzeski@chestmutcambronne.com*
*bbleichner@chestnutcambronne.com*
*crenz@chestnutcambronne.com*

Lisa A. White, BPR No. 026658
Gary E. Mason (admitted *pro hac vice*)
Danielle L. Perry (admitted *pro hac vice*)
**Mason LLP**
5335 Wisconsin Avenue NW, Suite 640
Washington, DC 20015
Telephone: (202) 429-2290
*lwhite@masonllp.com*
*gmason@masonllp.com*
*dperry@masonllp.com*

*Co-Lead Counsel for Plaintiffs and Putative Class*

*s/ Joseph Alan Jackson, II*
William J. Rieder, BPR No. 026551
Joseph Alan Jackson II, BPR No. 030203
**Spears, Moore, Rebman & Williams, P.C.**
P. O. Box 1749
601 Market Street, Suite 400
Chattanooga, Tennessee 37401-1749
Telephone: (423) 756-7000
Facsimile: (423) 756-4801
*wjr@smrw.com*
*jaj@smrw.com*

Joshua A. Mooney (admitted *pro hac vice*)
**Kennedys CMK LLP**
1600 Market Street, Suite 1410

2

Philadelphia, PA 19103
Telephone: (267) 479-6706
Facsimile: (215) 665-8475

Daniel S. Marvin (admitted *pro hac vice*)
**Kennedys CMK LLP**
570 Lexington Avenue, 8th Floor
New York, NY 10022
Telephone: (646) 625-4030
Facsimile: (212) 832-4920
*Joshua.Mooney@kennedyslaw.com*
*Daniel.Marvin@kennedyslaw.com*

*Counsel for Memorial Heart Institute, LLC,
d/b/a The Chattanooga Heart Institute*

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day October 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

*/s/ Philip J. Krzeski*
Philip J. Krzeski (MN #0403291)