**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE**
**SOUTHERN DIVISION OF CHATTANOOGA**

Stephen Cahill, *et al.,* individually and on behalf of all others similarly situated,

Plaintiffs,

v.

Memorial Heart Institute, LLC, d/b/a The Chattanooga Heart Institute,

Defendant.

Case No. 1:23-cv-00168-CLC-CHS

**PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND APPROVAL OF ATTORNEYS' FEES, COSTS AND SERVICE AWARDS**

Plaintiffs Stephen Cahill, Sheila Edwards, Sidney Jackson, Gisele Reed Allen, Jeff Bryden, and Elyn Painter ("Plaintiffs"), on behalf of themselves and all other similarly situated persons, by and through their Settlement Class Counsel, move for final approval of the Class Action Settlement preliminarily approved by this Court on March 12, 2026 (ECF No. 71), and for an award of the attorneys' fees, costs and Service Awards. For the reasons set forth in the Memorandum filed herewith, the Declaration of Andrea Dudinsky of Kroll Settlement Administration LLC also filed herewith, as well as all other pleadings and papers on file in this action, Plaintiffs respectfully request this Court:

1. Grant final certification of the Class for settlement purposes only;
2. Appoint Plaintiffs Stephen Cahill, Sheila Edwards, Sidney Jackson, Gisele Reed Allen, Jeff Bryden, and Elyn Painter as Class Representatives;
3. Appoint Danielle L. Perry with Mason & Perry LLP and Bryan L. Bleichner with Chestnut Cambronne PA as Class Counsel;

4. Find that the Notice met the requirements of due process and Federal Rule of Civil Procedure 23;
5. Find that the terms of the Settlement Agreement fair, reasonable, and adequate and are approved, adopted, and incorporated by the Court;
6. Approve Plaintiffs' requested attorneys' fees of $1,250,000 and costs of $50,000;
7. Approve Plaintiffs' requested Service Awards of $4,500.00 each;
8. Direct the Parties, their respective attorneys, and the Settlement Administrator to consummate the Settlement in accordance with the Court Order and the terms of the Settlement Agreement; and
9. Resolve all claims against all Parties in this Action and issue the Proposed Final Approval Order filed herewith.

Dated: April 28, 2026

Respectfully submitted,

*_/s/ Danielle L. Perry_*
Danielle L. Perry (admitted *pro hac vice*)
Gary E. Mason (admitted *pro hac vice*)
Lisa A. White (TN BPR # 026658)
**MASON & PERRY LLP**
5335 Wisconsin Avenue NW, Suite 640
Washington, DC 20015
Telephone: (202) 429-2290
*dperry@masonllp.com*
*gmason@masonllp.com*
*lwhite@masonllp.com*

Bryan L. Bleichner (admitted *pro hac vice*)
Philip J. Krzeski (admitted *pro hac vice*)
**CHESTNUT CAMBRONNE PA**
100 Washington Avenue South, Suite 1700
Minneapolis, MN 55401
Telephone: (612) 339-7300

Facsimile: (612) 336-2940
*bbleichner@chestnutcambronne.com*
*pkrzeski@chestnutcambronne.com*

*Class Counsel for Plaintiffs and Putative Settlement Class Members*